Brian C. Unitt (SBN 109453)
brianunitt@holsteinlaw.com
HOLSTEIN, TAYLOR and UNITT
A Professional Corporation
4300 Latham Street, Suite 103
Riverside, California 92501
(951) 682-7030
(951) 684-8061 - fax

Attorneys for Plaintiffs

Jonathan Velie, (OBA 15106)
information@velielaw.com
VELIE LAW FIRM
410 E. Main Street, Suite 310
Norman, OK 73069
(405) 310-4333
(405) 310-4334 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MIRANDA, CLARA MIRANDA, CINDY GRIEGO, ROSANNA MIRANDA, HELEN HERRERA, ROSE ANN HERRERA, MONICA HERRERA, MICKI HERRERA, INEZ ALVAREZ, and BELINDA MIRANDA,<br><br>Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | ED CV14-00312VAP (SP)<br><br>PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS<br><br>Date: January 12, 2015<br>Time: 2:00 p.m. |

"AR" refers to the Administrative Record lodged by Defendants on July 22, 2014. (Docket No. 18)

/ / /

/ / /

Plaintiffs' Statement of Undisputed Facts

| No. | Undisputed Fact | Evidence |
|---|---|---|
| 1. | An Indian Tribe has the right to define its own law on membership. The Santa Ynez Tribe's membership is defined by the Articles of Organization of the Santa Ynez Indian Band, Santa Ynez Reservation, California ("SYB" or "Tribe"). | AR at 201. |
| 2. | The Tribe's Articles of Organization, Article III- Membership, Section 1, states: Membership in the Band shall consist of: A. Those living persons whose names appear on the January 1, 1940 Census Roll of the Santa Ynez Band of Mission Indians, except that where "NE" appears in column I opposite the names of certain persons, such persons shall not be eligible for membership. B. Living descendants of those person described in Section 1 A regardless of whether those persons | AR at 216. |

Plaintiffs' Statement of Undisputed Facts

Page 2

listed on the census roll are living or deceased, provided that such descendants have one-fourth (1/4) or more degree of Indian blood of the Band.

3. SYB Ordinance No. 2 states "Indian Blood of the Band" for the purposes of Article III, Section 1. B. of the Articles of Organization, means the total percentage of Indian blood derived from an ancestor or ancestors who were listed on the Santa Ynez 1940 Census Roll.   AR at 216.

4. SYB Ordinance No. 2, states: "Section 7. Appeals.  A person disapproved for enrollment shall be advised in writing of the reasons for the action of the Enrollment committee and that its decision may be appealed to the Director (Fed. Defendants) within thirty (30) days following receipt of a rejection notice. If the Director cannot sustain the decision of the Enrollment   AR at 218-19.

|   |   |   |
|---|---|---|
|   | Committee, he shall instruct the Enrollment Committee to place the applicant's name on the roll." |   |
| 5. | Plaintiffs' ancestor, Rosa Pena Valencia Pace (No. 84) is listed on the 1940 Census Roll as 4/4 Santa Ynez Indian by blood degree. | AR at 156. |
| 6. | On November 4, 2002 the SYB Enrollment Committee wrote a letter to Rosanna Miranda as well as a separate letter to Margaret Miranda informing both of them that their applications to increase their blood quantum had been denied because it determined that Rosa Pace's blood quantum to be ½, relying on documents other than the 1940 Census, and that they had 30 days to appeal the decision. | AR at 45-48. |
| 7. | On December 27, 2002, attorney for Margaret Miranda, Clara Miranda, Cindy Griego, Rosanna Miranda, Helen Herrera, Rose Ann Herrera, Monica Herrera, Micki Herrera, Inez | AR at 38-41. |

|   |   |   |   |
|---|---|---|---|
| 1 | | Alvarez, and Belinda Miranda | |
| 2 | | (Plaintiffs), descendants of Rosa | |
| 3 | | Pace, followed Santa Ynez law and | |
| 4 | | appealed the decision of the | |
| 5 | | Enrollment Committee to the | |
| 6 | | Director of the Bureau of Indian | |
| 7 | | Affairs (Federal Defendants). The | |
| 8 | | Appeal was also sent directly to the | |
| 9 | | Director. The basis of the Appeal | |
| 10 | | was the unlawful denial of | |
| 11 | | enrollment or diminished blood | |
| 12 | | quantum to the Plaintiffs. | |
| 13 | | | |
| 14 | 8. | On December 14, 2012, Plaintiffs | Docket No. 1 at ¶ 34. |
| 15 | | filed suit against Kenneth Salazar | Docket No. 11 at ¶ 34. |
| 16 | | ED-CV 12-02216, later amended to | |
| 17 | | name Secretary Jewell in place of | |
| 18 | | Salazar. | |
| 19 | | | |
| 20 | 9. | On July 3, 2013, the case was | Doocket No. 1 at ¶ 35. |
| 21 | | dismissed without prejudice on the | Docket No. 11 at ¶ 35. |
| 22 | | basis that Plaintiffs had failed to | |
| 23 | | exhaust administrative remedies as | |
| 24 | | they did not comply with 25 C.F.R. | |
| 25 | | 2.8 (a), as they did not properly | |
| 26 | | request that the Federal Defendant's | |
| 27 | | respond to its lack of agency action | |
| 28 | | | |

|   |   |   |
|---|---|---|
| 1 | prior to suit. | |
| 2 | | |
| 3 | 10.   On September 5, 2013 Plaintiffs | AR at 18-22. |
| 4 | pursuant to 25 C.F.R. 2.8 (a) sent a | |
| 5 | letter to the Bureau requesting | |
| 6 | Agency action after inaction of | |
| 7 | appeals of Membership or | |
| 8 | Increasing of Blood Quantum | |
| 9 | applications. | |
| 10 | | |
| 11 | 11.   On November 21, 2013, pursuant | AR at 1-6. |
| 12 | Tribal Law, Federal Defendant's | |
| 13 | affirmed the Enrollment Committee's | |
| 14 | decision with the following | |
| 15 | language: | |
| 16 | "[T]here is no requirement in the | |
| 17 | Articles of Organization of the Santa | |
| 18 | Ynez Indian Band, Santa Ynez | |
| 19 | Reservation, California, or the Santa | |
| 20 | Ynez Indian Band, Ordinance No. 2, | |
| 21 | for the Enrollment Committee to | |
| 22 | utilize the degree of Indian blood | |
| 23 | listed for any individual on any | |
| 24 | document prepared by the United | |
| 25 | States for the purpose of determining | |
| 26 | an Individual's degree of Indian | |
| 27 | blood for enrollment . . . There is no | |
| 28 | | |

Plaintiffs' Statement of Undisputed Facts

indication that degree of Indian blood listed on the Santa Ynez 1940 Census roll must be used."

DATED: August 28, 2014

HOLSTEIN, TAYLOR and UNITT
A Professional Corporation

_____
BRIAN C. UNITT
Attorney for Plaintiff

Plaintiffs' Statement of Undisputed Facts

Page 7