Brian C. Unitt (SBN 109453)
brianunitt@holsteinlaw.com
HOLSTEIN, TAYLOR and UNITT
A Professional Corporation
4300 Latham Street, Suite 103
Riverside, California 92501
(951) 682-7030
(951) 684-8061 - fax

Jonathan Velie (OBA 15106)
information@velielaw.com
VELIE LAW FIRM
410 E. Main Street, Suite 310
Norman, OK 73069
(405) 310-4333
(405) 310-4334 - fax

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MIRANDA, CLARA MIRANDA, CINDY GRIEGO, ROSANNA MIRANDA, HELEN HERRERA, ROSE ANN HERRERA, MONICA HERRERA, MICKI HERRERA, INEZ ALVAREZ, and BELINDA MIRANDA,<br><br>　　Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, Secretary of the Interior, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>　　Defendants. | ED CV14-00312VAP (DTBx)<br><br>PROPOSED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW<br><br>Date: January 12, 2015<br>Time: 2:00 p.m. |

　　The following Uncontroverted Facts and Conclusions of law demonstrate the absence of triable controversies, and establish Plaintiffs' entitlement to judgment as a matter of law.

# FINDINGS OF FACT

1. The Articles of Organization of the Santa Ynez Indian Band, Santa Ynez Reservation, California "(SYB)" states in pertinent part:

"Membership in the Band shall consist of:

A. Those living persons whose names appear on the January 1, 1940 Census Roll of the Santa Ynez Band of Mission Indians, except that where "NE' appears in column I opposite the names of certain persons, such persons shall not be eligible for membership.

B. Living descendants of those persons described in Section 1 A regardless of whether those persons listed on the Census Roll are living or deceased, provided that such descendants have one-forth (1/4) or more degree of Indian blood of the Band."

2. SYB Ordinance No. 2 states, "Indian Blood of the Band" for the purposes of Article III, Section 1. B. of the Articles of Organization, means the total percentage of Indian blood derived from an ancestor or ancestors who were listed on the Santa Ynez 1940 Census Roll.

3. SYB law grants the Bureau of Indian Affairs ("BIA" or "Bureau") the authority to review, and to approve or correct membership determinations made by the SYB Enrollments Committee pursuant to SYB Ordinance No. 2 which states, in pertinent part:

A person disapproved for enrollment shall be advised in writing of the reasons for the action of the Enrollment Committee and that its decision may be appealed to the Director within thirty (30) days following receipt of a rejection notice. If the Director sustains the decision of the Enrollment Committee, he shall notify the applicant of his decision and that his decision may be appealed to the Commissioner within thirty (30) days following receipt of the Director's decision. If the Director cannot sustain the decision of the Enrollment

1. Committee, he shall instruct the Enrollment committee to place the applicants name on the roll.

2. 4. Rosa Pena Valencia Pace (No. 84), ancestor of the Plaintiffs, is listed on the 1940 Census Roll as 4/4 Santa Ynez Indian by blood degree.

3. 5. The SYB Enrollment Committee denied some Plaintiffs membership and other Plaintiffs' requests for increased blood quantum because it determined Rosa Pace's blood quantum to be ½, relying on documents other than the 1940 Census.

4. 6. Plaintiff's exhausted their administrative remedies by appealing to the BIA and receiving a final determination.

5. 7. The Defendants affirmed the SYB Enrollment Committee's decision.

## CONCLUSIONS OF LAW

1. The 1940 Census is the only document referenced for determining membership in SYB.

2. SYB Ordinance 2 defines "Indian Blood of the Band" as "the total percentage of Indian blood derived from an ancestor or ancestors who were listed on the Santa Ynez 1940 Census Roll."

3. The Defendants decision to affirm the SYB Enrollment Committee was arbitrary and capricious because it disregarded the plain meaning of the SYB Articles of Incorporation that the Enrollment Committee does not have the authority to deviate from the 1940 Census Roll to make membership or blood quantum determinations.

DATED: August 28, 2014

HOLSTEIN, TAYLOR and UNITT
A Professional Corporation

_____
BRIAN C. UNITT
Attorney for Plaintiffs

Proposed Statement of Uncontroverted Facts

Page 3