**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MIRANDA, CLARA MIRANDA, CINDY GRIEGO, ROSANNA MIRANDA, HELEN HERRERA, ROSE ANN HERRERA, MONICA HERRERA, MICKI HERRERA, INEZ ALVAREZ, AND BELINDA MIRANDA,<br><br>            Plaintiffs,<br><br>    v.<br><br>SALLY JEWELL, SECRETARY OF THE INTERIOR, AND UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | Case No. EDCV 14-00312-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 15, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge